IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW SIPP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, Commissioner )<br>of Social Security Administration, )<br>)<br>Defendant. ) | Case No. 16 C 7261 |

## MEMORANDUM ORDER

Matthew Sipp ("Sipp") has filed a timely action against Social Security Administration ("SSA") Commissioner Carolyn Colvin, seeking to review the final action by SSA's Appeals Council that denied review of an Administrative Law Judge's decision that had denied the Social Security benefits that Sipp had claimed. Sipp has accompanied his Complaint, which utilized an SSA form, with a Clerk's-Office-supplied form of In Forma Pauperis Application ("Application").

This Court has reviewed the Application and grants it conditionally -- a limitation imposed because the Application, while otherwise appearing to support a claim of Sipp's inability to pay the filing fee, contains a "yes" answer to a question inquiring whether Sipp has more than $200 in cash or checking or savings accounts. That "yes" answer identifies Sipp as having received a "school loan refund for school" without stating what that refund amounted to (it could well have enabled Sipp to pay the $400 filing fee).

Accordingly Sipp is ordered to supplement the Application by a filing on or before July 28, 2016 that reports both the amount received and the balance he had on hand from that

source on July 15, the date his Complaint and the Application were filed. That will enable this Court to make a final rather than a tentative determination as to Sipp's entitlement to in forma pauperis ("IFP") status. In the meantime, however, on the assumption that Sipp's supplement will demonstrate his qualification for IFP treatment, this Court is contemporaneously issuing its customary initial scheduling order.

                                                                      Milton I. Shadur
                                                                      Senior United States District Judge

Date: July 19, 2016