# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **MATTHEW SIPP**, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 16 C 7261 |
| **CAROLYN W. COLVIN**, Commissioner of Social Security Administration, | ) ) ) ) |
| Defendant. | ) ) |

## MEMORANDUM ORDER

On July 19, 2016 this Court issued its memorandum order (the "Order") that granted conditionally the In Forma Pauperis Application ("Application") that plaintiff Matthew Sipp ("Sipp") had tendered on a Clerk's-Office-supplied form in support of his appeal from the denial of his application for Social Security benefits. Sipp has now filed a Response to Memorandum Order in which he has explained that although he has a substantial amount derived from a school loan refund, his commitments against that amount will not leave him with sufficient funds to pay the $400 filing fee for this case. Accordingly this Court finds that Sipp is indeed entitled to in forma pauperis status, so that the conditional grant of the Application set out in the Order is converted to an unconditional grant.[1]

_____
Milton I. Shadur
Senior United States District Judge

Date: August 8, 2016

---

[1] Because the Order was accompanied by the contemporaneous issuance of an initial scheduling order, this action will proceed in the regular course on that scheduled September 27, 2016 date.