IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| MATTHEW SIPP, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Case No. 16 C 7261 |
|  | ) |  |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) |  |
|  | ) |  |
| Defendant. | ) |  |

## MEMORANDUM ORDER

During the pendency of this Social Security appeal brought by pro se plaintiff Matthew Sipp ("Sipp"), this Court granted him leave to proceed in forma pauperis ("IFP"). Then, after extensive briefing on both sides, this Court entered a comprehensive memorandum order on March 30, 2017 that granted the motion of Social Security Commissioner Nancy Berryhill and dismissed this action.

Now this Court's periodic review of printouts that list motions pending in cases assigned or previously assigned to its calendar has disclosed that on May 1 Sipp had inexplicably filed an In Forma Pauperis Application ("Application") [Dkt. No. 30] on the Clerk's-Office-supplied form made available for use by litigants seeking IFP status. With this action having been terminated just a bit more than a month before that Application was filed, it is simply denied as moot.

_____
Milton I. Shadur
Senior United States District Judge

Date: May 23, 2017